

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Michael Boyd Crowley,                    * From the 42nd District Court
                                           of Taylor County
                                           Trial Court No. 25844A.

Vs. No. 11-16-00210-CR                    * July 26, 2018

The State of Texas,                       * Memorandum Opinion by Wright, S.C.J.
                                            (Panel consists of: Willson, J.,
                                            Bailey, J., and Wright, S.C.J.,
                                            sitting by assignment)

   This court has inspected the record in this cause and concludes that there is no error in the judgment below.  Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.